UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

HALJOUBEY DUNLAP,

Defendant.

23-CR-197 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received notice from the Government that it is appealing from an order issued today by Magistrate Judge Willis, releasing the defendant on conditions of bail. The Court schedules a hearing on the appeal for **tomorrow, Wednesday, April 19, 2023, at 10 a.m.**, in Courtroom 1305 in the Thurgood Marshall Courthouse at 40 Foley Square, New York, NY 10007. Pending resolution of the appeal, the Court enters a stay of the defendant's release.

The Court orders the Government forthwith to provide the Court by email, copying defense counsel: (1) a copy of the transcript of today's hearing before Judge Willis, if such can be obtained; and (2) the pretrial services report. The Court also directs the Government and the defense, by 9 a.m. tomorrow, each to file a letter on the docket setting out its position as to the defendant's release or detention.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 18, 2023
       New York, New York