UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>HALJOUBEY DUNLAP,<br><br>                              Defendant. | 23-CR-197 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The Court, having reviewed the parties' submissions this evening, including the account and video furnished by the Government, reaffirms the stay it earlier ordered of the defendant's release. The defendant is remanded tonight. The Court will take up the Government's bail appeal tomorrow (April 19) at 10 a.m.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 18, 2023
       New York, New York