UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                                                             23-CR-197 (PAE)

HALJOUBEY DUNLAP,                                         SCHEDULING ORDER

                           Defendant.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

       For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The next conference in this case is scheduled for **May 30, 2023** at **9:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.
- Trial is scheduled for **July 10, 2023**.
- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **May 30, 2023**.

SO ORDERED.

Dated: April 24, 2023
       New York, New York

                                                               PAUL A. ENGELMAYER
                                                               United States District Judge