**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 30, 2023

*By ECF*

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Haljoubey Dunlap*, 23 Cr. 197 (PAE)

Dear Judge Engelmayer:

    On September 19, 2023, the Court sentenced Mr. Dunlap to term of six months imprisonment, and he surrendered earlier this week to begin that term. I write to respectfully request that the Court direct the Pretrial Services Office to return Mr. Dunlap's passport to the Federal Defenders. Mr. Dunlap surrendered his passport as a condition of bail, and unless we make a specific request for its return, Pretrial Services will return it to the State Department before Mr. Dunlap is released.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

cc:   Aline Flodr, Esq., by ECF
      Mr. Haljoubey Dunlap, Register No. 54741-510

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 36.

SO ORDERED.

12/1/2023

*[signature]*
PAUL A. ENGELMAYER
United States District Judge